SO ORDERED.

Dated: September 10, 2009



_____
REDFIELD T. BAUM, SR
U.S. Bankruptcy Judge

Andrew M. Dudley (025005)
**PHILLIPS & ASSOCIATES**
20 E. Thomas Road, Suite 2600
Phoenix, Arizona 85012
Tel:  602.258.8900
Fax:  602.230.2027
Email: andrewd@phillipslaw.ws

Attorneys for Debtors

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

In re:

BILL OROZCO,
xxx-xx-0251

and

CONSTANCE G. OROZCO,
xxx-xx-7441

8127 S. 73rd Drive
Laveen, AZ 85339

Debtors.

In Proceedings Under Chapter 13

Case No. 2:09-bk-05885-RTB

**STIPULATED ORDER CONFIRMING CHAPTER 13 PLAN AND APPLICATION FOR PAYMENT OF ADMINISTRATIVE EXPENSE**

The Chapter 13 Plan having been properly noticed out to creditors,

**IT IS ORDERED** Confirming the Plan of Debtors as follows:

1. **INCOME SUBMITTED TO THE PLAN.** Debtors shall submit the following amounts of future income to the Trustee for distribution under the Plan.

    a. Future Earnings or Income. Debtors shall make the following monthly Plan Payments:
    
    | Months | Payments |
    |---|---|
    | 1-12 (April 2009-March 2010) | $370.00 |
    | 13-60 (April 2010-March 2014) | $685.00 |

    The payment are due on or before the **26th day** of each month commencing April 26, 2009.

    Debtors are advised that when payments are remitted late, additional interest may accrue on secured debts, which may result in a funding shortfall at the end of the Plan term. **Any funding shortfall must be cured before the plan can be discharged.**

    The Debtors shall provide, directly to the Trustee copies of their **federal** and **state** income tax returns for all years while in the bankruptcy case, within 30 days of filing. The purpose is to assist the Trustee in determining any change in debtor's annual disposable income.

    b. Other Property. The Debtors shall turn over any net tax refunds for the duration of the Plan.

2. **DURATION.** This Plan shall continue for **60 months** from the first regular monthly payment described in Paragraph 1(a) above. If at any time before the end of the Plan period all claims are paid, then the Plan shall terminate.

3. **CLASSIFICATION AND TREATMENT OF CLAIMS.** Claims shall be classified and paid as listed below. The Plan and this Order shall not constitute an informal proof of claim for any creditor.

   a. <u>Administrative expenses.</u> Trustee shall receive such percentage fee of Plan payments as may be periodically be fixed by the Attorney General pursuant to 28 U.S.C. § 586(e), but not to exceed 10 %.

   <u>Attorney Fees.</u> Phillips & Associates shall be allowed total fees in the amount of $3,490.00. Counsel received $2,4900.00 prior to filing this case and will be paid $1,000.00 by the Chapter 13 Trustee.

   b. <u>Claims Secured by Real Property.</u>
   **HSBC Bank (USA)** secured by lien on Debtors' residence located at 8127 S. 73rd Drive Laveen, AZ, shall be paid the pre-petition arrearage of $6,040.68. Regular post-petition payments will be made outside the Plan direct to the secured creditor by the Debtors.

   **Maricopa County Treasurer** secured by lien on Debtors' residence located at 8127 S. 73rd Drive, Laveen, AZ, shall not be paid through the Plan as all pre-petition and post-petition accrued and accruing real property taxes, including any applicable interest, shall be paid direct by the Debtors to the creditor outside of this Plan.

   **Laveen Meadows HOA** shall receive regular post-petition payments outside the Plan paid direct by the Debtors.

   c. <u>Claims Secured by Personal Property.</u>
   **Wells Fargo Financial Arizona, Inc.** secured by a 2006 Mercury Mountaineer, shall be paid $18,222.50 together with interest at 4.25%. The creditor will receive adequate protection payments of $182.00 per month. This claim is bifurcated and the balance of the claim shall be classified and paid as general unsecured.

   d. <u>Priority Claims.</u>
   **The Arizona Department of Revenue** has filed a priority claim for income taxes for 2007. This creditor will be paid $1,366.32, the total priority claim through the plan with no interest.

   e. <u>Leases or Executory Contracts</u>. None.

   f. <u>Other Provisions.</u> None.

   g. <u>Unsecured Claims.</u> All other claims shall be classified as unsecured. Unsecured claims shall be paid the balance of the payments under the Plan pro rata. Any unsecured debt balance remaining unpaid at the end of the Plan shall be discharged. The Plan and this Order shall not constitute an informal proof of claim for any creditor.

...

...

4.   **EFFECTIVE DATE AND VESTING.** The effective date of the Plan shall be the date of this order. Property of the estate shall revest in the Debtors upon confirmation of the Plan.

Dated:_____                          _____
                                                       UNITED STATES BANKRUPTCY JUDGE

APPROVED AS TO FORM AND CONTENT:

TIFFANY & BOSCO, P.A.

By:_____
   Mark S. Bosco
   2525 E. Camelback Road, 3rd Floor
   Phoenix, AZ 85016
   Attorneys for HSBC Bank (USA)

PHILLIPS & ASSOCIATES                                  EDWARD J. MANEY
                                                       Standing Chapter 13 Trustee

By:_____                           By:_____
   Andrew M. Dudley                                       Edward J. Maney, Trustee
   20 E. Thomas Road., Suite 2600                         Ronald L. Hoffbauer, Staff Attorney
   Phoenix, AZ 85012                                      P.O. Box 10434
   Attorneys for Debtors                                  Phoenix, AZ 85064

**CERTIFICATION OF DEBTORS:** I Bill Orozco and Constance G. Orozco hereby certify as follows:

1. I have reviewed the foregoing Stipulated Order Confirming Chapter 13 Plan in this case, and that I approve same; and

2. I have filed all applicable Federal, State, and local tax returns as required by 11 U.S.C. § 1308; and

3. I have no domestic support obligations.


_____                         _____
Bill Orozco                                            Constance G. Orozco

4. **EFFECTIVE DATE AND VESTING.** The effective date of the Plan shall be the date of this order. Property of the estate shall revest in the Debtors upon confirmation of the Plan.

Dated:_____                    _____
                                        UNITED STATES BANKRUPTCY JUDGE

APPROVED AS TO FORM AND CONTENT:

TIFFANY & BOSCO, P.A.

By:_____
    Mark S. Bosco
    2525 E. Camelback Road, 3rd Floor
    Phoenix, AZ 85016
    Attorneys for HSBC Bank (USA)

PHILLIPS & ASSOCIATES                   EDWARD J. MANEY
                                        Standing Chapter 13 Trustee

By:_____      By:_____
    Andrew M. Dudley                        Edward J. Maney, Trustee
    20 E. Thomas Road, Suite 2600           Ronald L. Hoffbauer, Staff Attorney
    Phoenix, AZ 85012                       P.O. Box 10434
    Attorneys for Debtors                   Phoenix, AZ 85064

**CERTIFICATION OF DEBTORS:** I Bill Orozco and Constance G. Orozco hereby certify as follows:

1. I have reviewed the foregoing Stipulated Order Confirming Chapter 13 Plan in this case, and that I approve same; and

2. I have filed all applicable Federal, State, and local tax returns as required by 11 U.S.C. § 1308; and

3. I have no domestic support obligations.

_____          _____
Bill Orozco                             Constance G. Orozco

**Plan Summary.** If there are discrepancies between the plan and this plan analysis, the provisions of the confirmed plan control.
(1) Administrative Expenses: ................................................ $1,000.00
(2) Priority Claims .......................................................... $1,366.32
(3) Payments on Leases or to Cure Defaults, Including Interest ..................... $6,040.68
(4) Payments on Secured Claims, Including Interest ............................. $20,140.55
(5) Payments on Unsecured, Nonpriority Claims ................................. $5,318.25
(6) SUBTOTAL ............................................................ $33,865.80
(7) Trustee's Compensation (10% of Debtor's Payments) ......................... $3,454.20
(8) Total Plan Payments .................................................... $37,320.00

**Section 1325 analysis.**
(1) Best Interest of Creditors Test:
    (a) Value of debtor's interest in nonexempt property ......................... $2,170.00
    (b) Plus: Value of property recoverable under avoiding powers ................ $6,500.00
    (c) Less: Estimated Chapter 7 administrative expenses ....................... $1,617.00
    (d) Less: Amount payable to unsecured, priority creditors .................... $1,366.32
    (e) **Equals:** Est. amount payable to unsecured, nonpriority claims if debtor filed
        Chapter 7 ........................................................ $5,686.68

Paragraph (2) to be completed by debtors whose current monthly income exceeds the state's median income.

(2) Section 1325(b) Analysis:
    (a) Amount from Line 58, Form B22C, Statement of Current Monthly Income
        ........................................................................ $-722.59
    (b) Applicable Commitment Period ..................................................... x 60
    (c) Section 1325(b) amount ((b)(1) amount times 60) ........................... $0.00

(3) Estimated Payment to Unsecured, Nonpriority Creditors Under the Plan ........... $5,318.25